UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD C. ELINE, CIV. NO. 00-364 (MJD/JMM)

Plaintiff,

v.

ORDER

HOYT BRILL,

Defendant.

Plaintiff filed this prisoner civil rights Complaint against Defendant on February 17, 2000 [Docket No. 1]. Plaintiff also filed an Application seeking leave to proceed In Forma Pauperis ("IFP") [Docket No. 2]. Plaintiff's Application was not filed in the proper form. On March 2, 2000, this Court issued an Order directing the Clerk of Court to provide Plaintiff with a copy of the IFP Application which is used in this District, and requiring that Plaintiff submit the IFP Application no later than March 31, 2000 [Docket No. 3]. The IFP Application was mailed to Plaintiff at the Prairie Correctional Facility, but was returned to the Clerk of Court on April 3, 2000 because Plaintiff had been moved to a different facility. On April 7, 2000, the Order and IFP Application were mailed to Plaintiff at the West Tennessee Detention Facility, where he is now incarcerated.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1. No later than May 18, 2000, Plaintiff shall submit the IFP Application on the form prescribed for use in this District, and pay the correct amount of the initial

FILED APR 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

partial filing fee required under 28 U.S.C. §1915(b)(1); and

2. In the event that Plaintiff fails to submit the new IFP Application and initial partial filing fee as required by this Order, it will be recommended that the action be dismissed.

Dated: April 18, 2000

JOHN M. MASON
United States Magistrate Judge