# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard C. Eline

Case No. Civil 00-364MJD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Hoyt Brill

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's application to proceed without prepayment of fees is DENIED and the action is DISMISSED WITHOUT PREJUDICE.

DATE: July 12, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk

8