UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard C. Eline,

Plaintiff,

v.

ORDER
Civil No. 00-364 (MJD/JMM)

Hoyt Brill,

Defendant.

---

This matter is before the Court upon the Plaintiff's motion to proceed in forma pauperis on appeal. By letter dated August 2, 2000, Plaintiff was directed by the Clerk of Court for the District of Minnesota to provide to the Court a certification from authorized prison personnel as to the Plaintiff's prison account. Plaintiff has not provided the Court said certification. Based on the file, records and proceedings herein

IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED.

Dated: 1-26, 2001

Michael J. Davis
Michael J. Davis
United States District Court

FILED 1/26/01
FRANCIS E. DOSAL, CLERK
JUDGMENT
DEPUTY CLERK