UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard C. Eline,

Plaintiff,

v.

ORDER
Civil No. 00-364 (MJD/JMM)

Hoyt Brill,

Defendant.

---

This matter is before the Court upon the Plaintiff's motion to proceed in forma pauperis on appeal. By letter dated August 2, 2000, Plaintiff was directed by the Clerk of Court for the District of Minnesota to provide to the Court a certification from authorized prison personnel as to the Plaintiff's prison account. Plaintiff has not provided the Court said certification. Based on the file, records and proceedings herein

IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED.

Dated: Sept 12, 2001

Michael J. Davis
United States District Court

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500